UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Court No. 14-cr-10260-MLW |
| v. | ) ) |  |
| GLENN A. CHIN, | ) ) |  |
| Defendant. | ) ) |  |

## JOINT STATUS REPORT

Pursuant to the Court's order on October 30, 2014, and Local Rule 116.5(a), the United States of America and the defendant, Glenn A. Chin ("Chin"), by their undersigned counsel, respectfully submit the following Joint Status Report regarding the above-captioned matter.

On December 16, 2014, a grand jury sitting in this district returned an indictment against Chin and thirteen others (United States v. Barry Cadden, et. al, No. 14-10363-cr-RGS) in connection with the same underlying investigation that resulted in this case. In the December 16, 2014, indictment, Chin is charged with several crimes, including the same mail fraud scheme with which he is charged in this case, rendering this case moot. As such, on December 18, 2014, the government filed a notice of dismissal of this case (Docket #49), which is currently pending.

Given the government's intention to not prosecute this case, the parties request that the status conference currently scheduled for January 13, 2015, be cancelled.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>GLENN A. CHIN</td><td>CARMEN M. ORTIZ<br>United States Attorney</td></tr>
<tr><td>By his attorney,</td><td>By:</td></tr>
<tr><td>/s/ Stephen J. Weymouth<br>Stephen J. Weymouth<br>65a Atlantic Avenue<br>Boston, Massachusetts 02110<br>(617) 573-9598<br>sweymouth@sweymouthlaw.com</td><td>/s/ Amanda P.M. Strachan<br>Amanda P.M. Strachan<br>George P. Varghese<br>Assistant United States Attorneys<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(617) 748-3100<br>amanda.strachan@usdoj.gov</td></tr>
</table>

Dated: January 6, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

/s/ Amanda P.M. Strachan
Amanda P.M. Strachan
Assistant U.S. Attorney

Dated: January 6, 2015